**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

LUIS LUBO MARIN,

Petitioner,

v.

JEFFREY CRAWFORD, *et al.,*

Respondents.

Case No. 2:26-cv-915

# ORDER

On July 17, 2026, the Court received a petition for writ of habeas corpus under 28 U.S.C. § 2241, filed by Luis Lubo Marin. *Marin v. Crawford, et al.*, 2:26-cv-765, ECF No. 1. The Court granted that petition in part and ordered the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a). *Id.* ECF No. 9. Pursuant to the Court's Order, the petitioner received a bond hearing in front of an immigration judge on July 30, 2026. *Id.* ECF No. 11.

Then the petitioner submitted a second petition, which the Court received on September 1, 2026 and filed under the case number captioned here. ECF No. 1.

Because the petitioner has already received a bond hearing under 8 U.S.C. § 1226(a), their second petition is moot.[1]

Accordingly, Petitioner Luis Lubo Marin's second request for a writ of habeas corpus (ECF No.1) is **DENIED** as **MOOT**.

[1] Alternatively, to the extent the petitioner seeks review of the immigration judge's decision, this Court lacks jurisdiction. 8 U.S.C. § 1226(e); *see id.* § 1252(a)(2)(B)(ii).

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED**.

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
September 10, 2026